UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA CLARK,<br>　　　　　Plaintiff,<br>　　v.<br>CAROL POPE, et al.,<br>　　　　　Defendants.<br>_____/ | No. CIV S-05-2410 FCD KJM PS<br><br>**RELATED CASE ORDER** |
| ADVENTIST HEALTH SYSTEM et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>BARBARA CLARK,<br>　　　　　Defendant.<br>_____/ | No. CIV S-06-1465 LKK PAN (GGH) PS |
| ADVENTIST HEALTH SYSTEM et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>BARBARA CLARK,<br>　　　　　Defendant.<br>_____/ | No. CIV S-06-1466 FCD KJM PS |

///

///

```
 1  ADVENTIST HEALTH SYSTEM et al.,
                  Plaintiffs,       No. CIV S-06-1467 LKK KJM PS
 2
         v.
 3
 4  BARBARA CLARK,
                  Defendant.
 5  _____/
 6  ADVENTIST HEALTH SYSTEM, et al.,
                  Plaintiffs,       No. CIV S-06-1468 MCE DAD PS
 7
         v.
 8
 9  BARBARA CLARK,
                  Defendant.
10  _____/
11  ADVENTIST HEALTH SYSTEM, et al.,
                  Plaintiffs,       No. CIV S-06-1470 FCD PAN PS
12
         v.
13
14  BARBARA CLARK,
                  Defendant.
15  _____/
16  ADVENTIST HEALTH SYSTEM, et al.,
                  Plaintiffs,       No. CIV S-06-1471 GEB PAN PS
17
         v.
18
19  BARBARA CLARK,
                  Defendant.
20  _____/
21  ADVENTIST HEALTH SYSTEM, et al.,
                  Plaintiffs,       No. CIV S-06-1473 GEB KJM PS
22
         v.
23
24  BARBARA CLARK,
                  Defendant.
25  _____/
26  ///
27  ///
28  ///
```

```
1  ADVENTIST HEALTH SYSTEM, et al.,
2                 Plaintiffs,         No. CIV S-06-1473 DFL DAD PS
3        v.
4  BARBARA CLARK,
                  Defendant.
5  _____/
```

6        The court has received the Notice of Related Cases filed
7  July 6, 2006. Examination of the above-entitled actions reveals
8  that all actions are related within the meaning of Local Rule 83-
9  123(a) (E.D. Cal. 1997).  The actions involve the same parties,
10 are based on the same or a similar claims, and involve the same
11 property transaction or event, similar questions of fact and the
12 same questions of law, and would therefore entail a substantial
13 duplication of labor if heard by different judges.  Accordingly,
14 the assignment of the matters to the same judge is likely to
15 effect a substantial savings of judicial effort and is also
16 likely to be convenient for the parties.

17       The parties should be aware that relating the cases under
18 Local Rule 83-123 merely has the result that these actions are
19 assigned to the same judge; no consolidation of the actions is
20 effected.  Under the regular practice of this court, related
21 cases are generally assigned to the judge and magistrate judge to
22 whom the first filed action was assigned.

23       IT IS THEREFORE ORDERED that the actions denominated:
24 CIV S-06-1465 LKK PAN (GGH) PS, CIV S-06-1468 MCE DAD PS,
25 CIV S-06-01471 GEB PAN PS, and CIV S-06-1473 DFL DAD PS are
26 reassigned to Judge Frank C. Damrell, Jr. and Magistrate Judge
27 Kimberly J. Mueller for all further proceedings, and any dates
28 currently set in these reassigned cases _only_ are hereby VACATED.

1    IT IS FURTHER ORDERED that the actions denominated:
2 CIV S-06-1467 LKK KJM PS CIV S-06-1472 GEB KJM PS are reassigned
3 to Judge Frank C. Damrell, Jr. for all further proceedings, and
4 any dates currently set in these reassigned cases only are hereby
5 VACATED. The assignment as to the magistrate judge shall remain
6 the same.
7    IT IS FURTHER ORDERED that the action denominated:
8 CIV S-06-1466 FCD KJM PS was randomly assigned to Judge Frank C.
9 Damrell, Jr. and Magistrate Judge Kimberly J. Mueller and for
10 informational purposes this action shall be related to the lead
11 case, CIV S-05-2410 FCD KJM PS.
12    IT IS FURTHER ORDERED that the action denominated:
13 CIV S-06-1470 FCD PAN PS was randomly assigned to Judge Frank C.
14 Damrell, Jr., however this action is reassigned to Magistrate
15 Judge Kimberly J. Mueller.  For informational purposes this
16 action shall be related to the lead case, CIV S-05-2410 FCD KJM
17 PS.
18    IT IS FURTHER ORDERED that the Findings and Recommendations
19 issued on July 7, 2006 in actions: CIV S-06-1467 LKK KJM PS and
20 CIV S-06-1472 GEB KJM PS are now submitted to District Judge
21 Frank C. Damrell Jr. pursuant to the provisions of 28 U.S.C. §
22 636(b)(1).
23    Henceforth, the caption on all documents filed in these
24 reassigned cases shall be shown as: CIV S-06-1465 FCD KJM PS,
25 CIV S-06-1467 FCD KJM PS, CIV S-06-1468 FCD KJM PS, CIV S-06-1470
26 FCD KJM PS, CIV S-06-01471 FCD KJM PS, CIV S-06-1473 FCD KJM PS
27 and CIV S-06-1472 FCD KJM PS.
28 ///

1    IT IS FURTHER ORDERED that the Clerk of Court make
2 appropriate adjustments in the assignment of civil cases to
3 compensate for this reassignment.
4    IT IS SO ORDERED.
5 DATED: July 11, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
United States District Judge